# Exhibit A

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FIFTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MARION</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>STEPHEN R BAROODY</u>
Plaintiff
    vs.
<u>VVC HOLDING CORPORATION, a/k/a VVC USA CORP</u>
Defendant

---

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>300,000</u>

**III.   TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

Electronically Filed Marion Case # 20CA000645AX 04/08/2020 04:32:11 PM

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
  ☒ Monetary;
  ☐ Non-monetary declaratory or injunctive relief;
  ☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:**
  (Specify)

  2

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ Yes
  ☒ No

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ No
  ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ Yes
  ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ Edwin A. Green III
  Attorney or party
FL Bar No.:  606111
  (Bar number, if attorney)
  Edwin A. Green III
  (Type or print name)
  Date:  04/08/2020

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

STEPHEN R. BAROODY,                              CASE NO.:

    Plaintiff,

v.

VVC HOLDING CORPORATION,
A Foreign For-Profit Corporation
a/k/a VVC USA CORP., A Foreign
For-Profit Corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, STEPHEN R. BAROODY (hereinafter "BAROODY") by and through his undersigned counsel, sues the Defendant, VVC HOLDING CORPORATION, a/k/a VVC USA CORP., a Foreign For-Profit Corporation (hereinafter "VVC"), and alleges as follows:

## NATURE OF CLAIMS

This is an action to address the deprivation of rights secured to BAROODY by the Florida Civil Rights Act of 1992 ("FCRA"), *Fla. Stat.* §760.01 *et seq.* VVC violated the FCRA when it discriminated against BAROODY because of his age and disability.

## STATUTORY PREREQUISITES TO SUIT

1. BAROODY has exhausted his administrative remedies and fulfilled all conditions precedent to maintain the claims asserted herein under the FCRA.

2. BAROODY filed a timely Charge of Discrimination with both the Florida Commission on Human Relations ("FCHR") and the United States Equal Employment Opportunity Commission ("EEOC").

1

3. BAROODY has complied with the requirements of dual filing for an investigation conducted by the FCHR and EEOC.

4. The claims asserted herein are like or reasonably related to the allegations contained in the Charge of Discrimination filed with the EEOC and FCHR.

5. Since the EEOC failed to make a reasonable cause determination within 180 days from the filing of the Charge of Discrimination, BAROODY requested a Notice of Right to Sue letter and filed suit.

## JURISDICTION, VENUE AND PARTIES

6. This is an action for damages in excess of $30,000 exclusive of interests, costs and attorney's fees.

7. The alleged unlawful acts of VVC giving rise to this action were committed in Marion County, Florida within the jurisdiction of the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida.

8. At all times BAROODY was an employee of VVC.

## GENERAL ALLEGATIONS

9. At all times material hereto, BAROODY was an employee as defined in the FCRA. As such, BAROODY was protected against discrimination because of his age and/or disability with respect to the terms, conditions, or privileges of his employment.

10. At all times material hereto, BAROODY, because of his age and disability was a member of protected classes of persons as defined by the FCRA.

11. At all times material hereto, VVC employed 15 or more employees for each workday in each of 20 or more calendar weeks in the current or preceding calendar year. As such, VVC was an employer within the meaning of the FCRA.

12. BAROODY began working as a software engineer for VVC on July 11, 2018 and is over the age of 40.

13. When BAROODY was hired as a software engineer, he was tasked with designing and fine tuning a medical billing software product for VVC.

14. BAROODY's job duties primarily entailed back office computer engineering work with little to any on-site customer contact.

15. BAROODY was diagnosed with stage-4 prostate cancer in October 2018, whereupon he informed his manager at VVC, Monica O'Donnell of his diagnosis.

16. Subsequent to informing O'Donnell of his diagnosis, BAROODY was told that he needed to travel to numerous locations to make on-site presentations to company clients concerning the software he was working on.

17. This additional demand placed upon BAROODY was unusual since his job, by description rarely required him to have on-site customer contact.

18. BAROODY also informed his supervisors at VVC that he was reluctant to travel because his prostate cancer caused him extreme urges to urinate, which was problematic especially on an airplane.

19. However, in spite of BAROODY's complaints in this regard, he was repeatedly asked to travel when other implementation engineers who were younger than 40 years of age and who did not have prostate cancer, were not.

20. On or about June 9, 2019, BAROODY was asked to fly to Watertown, Massachusetts to an orientation seminar.

21. Again, BAROODY objected but was ordered to travel to Watertown Massachusetts anyway.

22. During the orientation seminar, BAROODY was required to participate in several different activities which required him to be on his feet for a long period of time. BAROODY informed the company that doing so would be difficult for him because of his stage-4 advanced prostate cancer, but was told to do so anyway, which he did.

23. On June 14, 2019, BAROODY wrote an email to his supervisor, Monica O'Donnell, thanking her for choosing him for a company mentoring program. In the email, BAROODY informed O'Donnell that had he been asked he would have suggested that the opportunity be given to someone else in the company due to his advanced stage-4 prostate cancer, age and desire to continuing working for only another three years due to his diagnosis and age.

24. BAROODY was fired from the company 11 days later on June 25, 2019.

25. BAROODY was discriminated against based upon his age and disability by VVC.

## COUNT I
## AGE DISCRIMINATION UNDER FCRA

26. BAROODY realleges and reaffirms paragraphs 1 through 25 above as if they were fully alleged and pled herein.

27. This is an action for damages in excess of $30,000 exclusive of interest, costs and attorney's fees pursuant to the Florida Civil Rights Acts of 1992, codified as §760.01, *et seq., Fla. Stat.*

28. Section 760.10, *Fla. Stat.,* prohibits an adverse employment action against an individual with respect to the compensation, terms, conditions or privileges of employment because of that individual's age.

29. As a direct and proximate result of the aforementioned intentional discriminatory acts of VVC, its agents and employees, BAROODY has sustained damages including but not

4

limited to the following:

    a. Lost wages, income and employment benefits.

    b. Emotional pain, suffering, inconvenience, mental anguish and dignitary injuries.

    c. Costs including attorney's fees in pursuing redress for the deprivation of his civil rights.

30. The aforementioned and intentional discriminatory acts of VVC, its agents and employees were performed with malice and with knowledge that such conduct violated the FCRA and/or with reckless disregard as to whether such conduct violated the FCRA.

WHEREFORE, the Plaintiff, STEPHEN R. BAROODY, prays this Honorable Court enter a judgment against the Defendant, VVC HOLDING CORPORATION, a/k/a VVC USA CORP in favor of BAROODY awarding him the following relief:

    a. An Order pursuant to §760.11(5), *Fla. Stat.*, for compensatory damages for emotional pain, suffering, mental anguish, and dignitary injury and other pecuniary losses;

    b. An Order pursuant to §760.11(5), *Fla. Stat.*, for back pay, including the economic value of lost fringe benefits and interest on back pay.

    c. An Order pursuant to §760.11(5), *Fla. Stat.*, for front pay, including interest on front pay.

    d. An Order pursuant to §760.11(5), *Fla. Stat.*, for punitive damages as allowed by law.

    e. An Order pursuant to §57.041, *Fla. Stat.*, for the cost of this action.

    f. An Order pursuant to §760.11(5), *Fla. Stat.*, for a reasonable attorney's fee as part of the costs.

      g.      For other and further relief as this Honorable Court deems just and proper.

## COUNT II
## DISABILITY DISCRIMINATION UNDER FCRA

31. BAROODY realleges and reaffirms paragraphs 1 through 25 above as if they were fully alleged and pled herein.

32. This is an action for damages in excess of $30,000 exclusive of interest, costs and attorney's fees pursuant to the Florida Civil Rights Acts of 1992, codified as §760.01, *et seq., Fla. Stat.*

33. Section 760.10, *Fla. Stat.,* prohibits an adverse employment action against an individual with respect to the compensation, terms, conditions or privileges of employment because of that individual's disability.

34. As a direct and proximate result of the aforementioned intentional discriminatory acts of VVC, its agents and employees, BAROODY has sustained damages including but not limited to the following:

    a.    Lost wages, income and employment benefits.

    b.    Emotional pain, suffering, inconvenience, mental anguish and dignitary injuries.

    c.    Costs including attorney's fees in pursuing redress for the deprivation of his civil rights.

35. The aforementioned and intentional discriminatory acts of VVC, its agents and employees were performed with malice and with knowledge that such conduct violated the FCRA and/or with reckless disregard as to whether such conduct violated the FCRA.

WHEREFORE, the Plaintiff, STEPHEN R. BAROODY, prays this Honorable Court enter a judgment against the Defendant, VVC HOLDING CORPORATION, a/k/a VVC USA

CORP in favor of BAROODY awarding him the following relief:

    a.    An Order pursuant to §760.11(5), *Fla. Stat.,* for compensatory damages for emotional pain, suffering, mental anguish, and dignitary injury and other pecuniary losses;

    b.    An Order pursuant to §760.11(5), *Fla. Stat.,* for back pay, including the economic value of lost fringe benefits and interest on back pay.

    c.    An Order pursuant to §760.11(5), *Fla. Stat.,* for front pay, including interest on front pay.

    d.    An Order pursuant to §760.11(5), *Fla. Stat.,* for punitive damages as allowed by law.

    e.    An Order pursuant to §57.041, *Fla. Stat.,* for the cost of this action.

    f.    An Order pursuant to §760.11(5), *Fla. Stat.,* for a reasonable attorney's fee as part of the costs.

    g.    For other and further relief as this Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

36.    Plaintiff demands trial by jury on all issues so triable.

DATED this 8th day of April, 2020.

                                        BLANCHARD, MERRIAM,
                                        ADEL, KIRKLAND & GREEN, P.A.

                                        By:  */s/ Edwin A. Green, III*
                                               Edwin A. Green, III, Esquire
                                               Florida Bar No. 0606111
                                             Post Office Box 1869
                                             Ocala, Florida 34478
                                             Telephone: (352) 732-7218
                                             Attorneys for Plaintiff
                                             tgreen@bmaklaw.com
                                             lcaldwell@bmaklaw.com

Filing # 106035557 E-Filed 04/08/2020 04:32:11 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

STEPHEN R. BAROODY,                                    CASE NO.:

    Plaintiff,

v.

VVC HOLDING CORPORATION,
A Foreign For-Profit Corporation
a/k/a VVC USA CORP., A Foreign
For-Profit Corporation,

    Defendant.
_____/

### DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to *Fla. R. Jud. Admin.* 2.516, Edwin A. Green, III, as attorney of record for the Plaintiff, STEPHEN R. BAROODY, hereby designates the following e-mail addresses for the purpose of service of all documents required to be served thereunder:

    Primary E-Mail Address:    tgreen@bmaklaw.com

    Secondary E-Mail Address:    lcaldwell@bmaklaw.com

DATED this 8th day of April, 2020.

                              BLANCHARD, MERRIAM,
                              ADEL, KIRKLAND & GREEN, P.A.

                              By  */s/ Edwin A. Green, III*
                                  Edwin A. Green, III
                                  Florida Bar Number: 0606111
                                  Post Office Box 1869
                                  Ocala, Florida 34478
                                  Telephone: (352) 732-7218
                                  Attorneys for Plaintiff
                                  tgreen@bmaklaw.com
                                  lcaldwell@bmaklaw.com

Electronically Filed Marion Case # 20CA000645AX 04/08/2020 04:32:11 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

STEPHEN R. BAROODY,  CASE NO.:

    Plaintiff,

v.

VVC HOLDING CORPORATION,
A Foreign For-Profit Corporation
a/k/a VVC USA CORP., A Foreign
For-Profit Corporation,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this Summons, a copy of the Complaint, and Designation of Email Address, in this action on the Defendant:

    VVC HOLDING CORPORATION,
    a/k/a VVC USA CORP
    c/o Cogency Global, Inc., Registered Agent
    155 North Calhoun Street, Suite 4
    Tallahassee, Florida  32301

    Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney, whose name and address is:

    EDWIN A. GREEN, III, ESQUIRE
    Blanchard, Merriam, Adel, Kirkland & Green, P.A.
    Post Office Box 1869
    Ocala, Florida 34478
    Florida Bar Number 0606111

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Marion County Judicial Center, 110 NW 1st Ave., Ocala, Florida 34475 or (352) 401-6710 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED this _____ day of April, 2020.

DAVID R. ELLSPERMANN
As Clerk of the Court

BY: _____
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

EDWIN A. GREEN, III, ESQUIRE
Blanchard, Merriam, Adel, Kirkland & Green, P.A.
Post Office Box 1869
Ocala, Florida  34478

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene Viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechose, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por sucuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante.)


## **IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jaours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous estes oblige de deposer votre reponse ecrite avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisais par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations jurideques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney". (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

STEPHEN R. BAROODY,            CASE NO.: 20-CA-0645

    Plaintiff,

v.

VVC HOLDING CORPORATION,
A Foreign For-Profit Corporation
a/k/a VVC USA CORP., A Foreign
For-Profit Corporation,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this Summons, a copy of the Complaint, and Designation of Email Address, in this action on the Defendant:

    VVC HOLDING CORPORATION,
    a/k/a VVC USA CORP
    c/o Cogency Global, Inc., Registered Agent
    155 North Calhoun Street, Suite 4
    Tallahassee, Florida 32301

    Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney, whose name and address is:

    EDWIN A. GREEN, III, ESQUIRE
    Blanchard, Merriam, Adel, Kirkland & Green, P.A.
    Post Office Box 1869
    Ocala, Florida 34478
    Florida Bar Number 0606111

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Marion County Judicial Center, 110 NW 1st Ave., Ocala, Florida 34475 or (352) 401-6710 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

DATED this __9TH__ day of April, 2020.



DAVID R. ELLSPERMANN
As Clerk of the Court

BY: _____
         Deputy Clerk

## **IMPORTANT**

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

EDWIN A. GREEN, III, ESQUIRE
Blanchard, Merriam, Adel, Kirkland & Green, P.A.
Post Office Box 1869
Ocala, Florida  34478

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene Viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechose, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por sucuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney". (Demandate o Abogado del Demanadante.)


## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jaours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous estes oblige de deposer votre reponse ecrite avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisais par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations jurideques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney". (Plaignant ou a son avocat) nomme ci-dessous.

# RETURN OF SERVICE

**State of Florida**      **County of Marion**      **Circuit Court**

Case Number: 20-CA-0645

Plaintiff:
STEPHEN R. BAROODY

vs.

Defendant:
VVC HOLDING CORPORATION, A FOREIGN FOR-PROFIT CORPORATION A/K/A VVC USA CORP., A FOREIGN FOR-PROFIT CORPORATION

KDY2020021255

For:
Dock Blanchard
BLANCHARD, MERRIAM, ADEL & KIRKLAND, P.A.
4 Southeast Broadway
P.O. Box 1869
Ocala, FL 34478

Received by ROB'S F. T. PROCESS SERVERS on the 8th day of June, 2020 at 2:55 pm to be served on VVC HOLDING CORPORATION A/K/A VVC USA CORP C/O COGENCY GLOBAL, INC., REGISTERED AGENT, 155 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301.

I, JAMES KADY, do hereby affirm that on the **9th day of June, 2020 at 12:57 pm**, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS, COMPLAINT and DESIGNATION OF E-MAIL ADDRESS with the date and hour of service endorsed thereon by me, to: CHRIS VICK as CLIENT SERVICE SPECIALIST for VVC HOLDING CORPORATION A/K/A VVC USA CORP, authorized to accept service, of the within named corporation, at the alternate address of: 115 NORTH CALHOUN STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 25, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 165, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.      "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES KADY
65

ROB'S F. T. PROCESS SERVERS
504 S.E. EIGHTH STREET
OCALA, FL 34471
(352) 615-5715

Our Job Serial Number: KDY-2020021255

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

Filing # 106046697 E-Filed 04/09/2020 08:23:32 AM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY, FLORIDA

STEPHEN R. BAROODY,

    Plaintiff,

v.

CASE NO.: 20-CA-0645

VVC HOLDING CORPORATION,
A Foreign For-Profit Corporation
a/k/a VVC USA CORP., A Foreign
For-Profit Corporation,

    Defendant.

_____/

Served Date: _____ Time: 12:57pm

James Hady 065
2nd Judicial Circuit

## SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this Summons, a copy of the Complaint, and Designation of Email Address, in this action on the Defendant:

    VVC HOLDING CORPORATION,
    a/k/a VVC USA CORP
    c/o Cogency Global, Inc., Registered Agent
    ~~155 North Calhoun Street, Suite 4~~ 115 North Calhoun Street
    Tallahassee, Florida 32301

    Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney, whose name and address is:

    EDWIN A. GREEN, III, ESQUIRE
    Blanchard, Merriam, Adel, Kirkland & Green, P.A.
    Post Office Box 1869
    Ocala, Florida 34478
    Florida Bar Number 0606111

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on the Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

Electronically Filed Marion Case # 20CA000645AX 04/09/2020 08:23:32 AM

## REQUESTS FOR ACCOMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Marion County Judicial Center, 110 NW 1st Ave., Ocala, Florida 34475 or (352) 401-6710 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED this __9TH__ day of April, 2020.



DAVID R. ELLSPERMANN
As Clerk of the Court

BY: _____
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below:

EDWIN A. GREEN, III, ESQUIRE
Blanchard, Merriam, Adel, Kirkland & Green, P.A.
Post Office Box 1869
Ocala, Florida  34478